AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| **INNA OPATSKA,** | ) | Case No. 3:26-mj-271 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 5, 2024 in the county of Broome in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

INGOLF C HACK Digitally signed by INGOLF C HACK
Date: 2026.11.10 17:35:11 -05'00'

*Complainant's signature*

HSI Special Agent Ingolf C. Hack

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 10, 2026

Miroslav Lovric

*Judge's signature*

City and State: Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Ingolf C. Hack, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

**COUNT ONE**

**[Voting by Alien]**

1. On or about November 5, 2024, in Broome County in the Northern District of New York, the defendant, INNA OPATSKA, an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of 18 U.S.C. § 611.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I have been a Special Agent with Homeland Security Investigations ("HSI") since October 2025. I am assigned to the Resident Agent in Charge ("RAC") Syracuse, New York field office.

3. I have more than 31 years of law enforcement experience. I began my federal law enforcement career as a Border Patrol Agent in 1988 and received extensive training in immigration and naturalization law. I later attended the Criminal Investigator Training Program

and Customs Basic Enforcement Schools at the Federal Law Enforcement Training Center in 1997 and received extensive training in criminal law. As a Special Agent with the legacy United States Customs Service and subsequently HSI, I have conducted criminal investigations involving immigration fraud.

4. I retired from federal service in March 2020 and returned in October 2025 as a Special Agent with HSI and received additional training in immigration law and enforcement. I have extensive experience enforcing immigration laws and determining citizenship, including reviewing immigration records. I have also reviewed voter records, including voter applications, and interviewed registered voters who are not United States citizens.

5. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers; a review of immigration and voter records; an interview of the defendant; and my training and experience.

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

**PROBABLE CAUSE**

7. A review of immigration records reveals that OPATSKA is a citizen of Ukraine. She is not and has never been a United States citizen. OPATSKA and her family arrived in the United States on March 6, 2008. In December 2009, when she was still a minor, OPATSKA obtained permanent resident alien status in the United States. In September 2019, OPATSKA filed a form I-90 Application to Replace Permanent Resident Card to replace her expiring green card.

8. Records obtained from the Broome County Board of Elections ("Broome County BOE"), the New York State Board of Elections ("NYBOE"), and public records reveal that the general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

9. Records obtained from the Broome County BOE and NYBOE reveal that OPATSKA voted in the federal election held on November 5, 2024.

10. On October 30, 2026, HSI special agents interviewed OPATSKA. OPATSKA stated in substance that (i) she is not a United States citizen; (ii) she has her "green card" and is legally in the United States; and (iii) she voted in the 2024 election.

## CONCLUSION

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that INNA OPATSKA, an alien, knowingly voted in a federal election, in violation of 18 U.S.C. § 611.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Respectfully submitted,

INGOLF C HACK Digitally signed by INGOLF C HACK
Date: 2026.11.10 16:32:31 -05'00'

Ingolf C. Hack
Special Agent
Homeland Security Investigations

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on November 10, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Miroslav Lovric

Hon. Miroslav Lovric
United States Magistrate Judge